**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| AGARWAL, *et al.* | : | 02-3255 |
| EVANS | : | 02-3292 |
| CORNETT, *et al.* | : | 02-3306 |
| LEINNINGER, *et al.* | : | 02-3343 |
| FUGATE, *et al.* | : | 02-3374 |
| MORGAN | : | 02-3383 |
| TORLAI | : | 02-3411 |
| ZACCARO, *et al.* | : | 02-3464 |
| ALLMAN | : | 02-3469 |
| CHURCHILL | : | 02-3496 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

**AND NOW,** this         day of June, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[     ]  -  Order staying these proceedings pending disposition of a related action.

[     ]  -  Order staying these proceedings pending determination of arbitration proceedings.

[     ]  -  Interlocutory appeal filed.

[  X  ]  -  Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____

**Stewart Dalzell, S.J.**